

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00140-CV

Diego **DE LA ROSA**,
Appellant

v.

Ernest **SANCHEZ**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2021CV04059
Honorable Grace M. Uzomba, Judge Presiding

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: July 20, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed on May 31, 2022; however, neither the brief nor a motion for extension of time was filed. Therefore, on June 15, 2022, this court ordered appellant to file, no later than June 27, 2022, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee was not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to timely file a brief and the written response by June 27, 2022, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if

appellant fails to comply with court order). Appellant did not respond to our June 15th order. On July 11, 2022, appellee filed a "Motion to Dismiss" asking this court (1) to dismiss the appeal because appellant has failed to file his brief and (2) for immediate possession of the property that is the subject of the underlying dispute.

We dismiss this appeal for want of prosecution. We deny appellee's motion as moot.


PER CURIAM